*United States*
*vs*
*Henry Fitch*

Precipie—        In the Gen$^l$ Court—

Michigan Territory—ss—

*The United States of America vs Henry Fitch of the District of Detroit, Trader— In debt for 400 dollars penalty for breach of the revenue law— Damage 1,00 dol. Bail required—*

M$^r$ Audrain Clerk
    Sir.
        Please to issue the above writ ret$^{le}$ to the next Superior Court—
                                    Sol. Sibley Att$^y$ for U. States by
                                    special appointm$^t$ of the
August 9. 1805—                              Col$^r$ of Detroit Dis$^{tr}$

[In the handwriting of Solomon Sibley]